IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR701 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC WITHERSPOON, | ) | <u>NOTICE OF RELATED CASE</u> |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Chelsea S. Rice, Assistant United States Attorney, and hereby gives notice, pursuant to Local Criminal Rule 57.9(b)(3), that the recently filed Indictment in the above captioned case, assigned to the Honorable Judge Sara Lioi, is related to *United States vs. Rufus Taylor*, Case No. 1:18CR484, which is assigned to the Honorable Judge Christopher A. Boyko. The above captioned case arises out of the same investigation and underlying facts and is directly related to the earlier-filed Information that resulted in the filing of the charges in that case.

A copy of this notice will be forwarded to the Honorable Judge Christopher A. Boyko

      Respectfully submitted,

      JUSTIN E. HERDMAN
      United States Attorney

By: /s/ Chelsea S. Rice
      Chelsea S. Rice (OH: 0076905)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3752
      (216) 522-2403 (facsimile)
      Chelsea.Rice@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 20th day of November 2018 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                /s/ Chelsea S. Rice
                Chelsea S. Rice
                Assistant U.S. Attorney