# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NOS.: 1:18cr701** |
| Plaintiff | |
| | **JUDGE CHRISTOPHER A. BOYKO** |
| v. | |
| | **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |
| **ERIC WITHERSPOON** | |
| Defendant | |

Now comes the Defendant, Eric Witherspoon, by and through the undersigned counsel, and respectfully requests that this Court continue the December 30, 2019 sentencing hearing to January 10, 2020 at 10:30 a.m. All parties are available on this date. This request is made because the undersigned is unavailable on the previously scheduled date due to holiday commitments. The undersigned has spoken to the AUSA handling this matter and she has no objection to this request. Counsel has also spoken to the probation officer assigned to Mr. Witherspoon's PSR. She has no objection to the continuance and is available on January 10th.

For the foregoing reasons, Mr. Witherspoon respectfully requests that this Court continue the December 30, 2019 sentencing hearing in this matter to January 10, 2020, at 10:30 a.m.

    Respectfully submitted,
    WILLIAM T. WHITAKER CO. LPA

    /s/Andrea Whitaker
    ANDREA WHITAKER #0074461
    54 E. Mill Street Suite 301
    Akron, Ohio 44308
    T: 330-762-0287
    F: 330-762-2669
    whitaker@whitakerlawlpa.com

/s/ Dominic J. Vitantonio
Dominic J. Vitantonio (0052058)
e-mail:  dominic@advattys.com
Argie, D'Amico & Vitantonio
6449 Wilson Mills Road
Mayfield Village, Ohio  44143
Telephone:  440-449-3333
Facsimile:  440-449-4031

*Attorneys for Defendant Witherspoon*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed this 14th day of November 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Andrea Whitaker
Andrea Whitaker