**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  **Plaintiff**  v.  **ERIC WITHERSPOON**  **Defendant** | **CASE NOS.: 1:18cr701**  **JUDGE CHRISTOPHER A. BOYKO**  **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |

Now comes the Defendant, Eric Witherspoon, by and through the undersigned counsel, and respectfully requests that this Court continue the January 10, 2020 sentencing for a period of thirty days. This request is made because additional time is necessary to prepare the necessary materials for this Court. The undersigned has spoken to the AUSA handling this matter and the Probation Officer assigned to Mr. Witherspoon's PSR and they have no objection to this request.

For the foregoing reasons, Mr. Witherspoon respectfully requests that this Court continue the January 10, 2020 sentencing hearing in this matter for an additional 30 days at a time convenient for this Court.

Respectfully submitted,
WILLIAM T. WHITAKER CO. LPA

/s/Andrea Whitaker
ANDREA WHITAKER #0074461
54 E. Mill Street Suite 301
Akron, Ohio 44308
T: 330-762-0287
F: 330-762-2669
whitaker@whitakerlawlpa.com

/s/ Dominic J. Vitantonio
Dominic J. Vitantonio (0052058)
e-mail:  dominic@advattys.com
Argie, D'Amico & Vitantonio
6449 Wilson Mills Road
Mayfield Village, Ohio  44143
Telephone:  440-449-3333
Facsimile:  440-449-4031

*Attorneys for Defendant Witherspoon*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed this 26th day of November 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Andrea Whitaker
Andrea Whitaker