IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR701 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC WITHERSPOON, | ) | GOVERNMENT'S UNOPPOSED |
| | ) | MOTION TO CONTINUE SENTENCING |
| Defendant. | ) | |

The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Chelsea S. Rice and Elliot Morrison, Assistant United States Attorneys, moves this Court for a brief continuance of Defendant Eric Witherspoon's sentencing hearing to March 17, 19, or 20, 2020. The hearing is currently scheduled for February 28, 2020.

On February 25, 2020, Witherspoon filed a lengthy sentencing memorandum that included a number of attachments. The government requests additional time to discuss with defense counsel several of the claims set forth in Witherspoon's sentencing memorandum in an effort to resolve certain matters before the parties appear before this Court at the sentencing hearing, and to file a response to Witherspoon's sentencing memorandum. Undersigned counsel has spoken to Dominic Vitantonio, one of the attorney's for Witherspoon, who stated that he does not oppose this continuance.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By: /s/ Chelsea S. Rice
   Chelsea S. Rice (OH: 0076905)
   Elliot D. Morrison (OH: 0091740)
   Assistant United States Attorneys
   United States Court House
   801 West Superior Avenue, Suite 400
   Cleveland, OH 44113
   (216) 622-3752/3919
   (216) 685-2378 (facsimile)
   Chelsea.Rice@usdoj.gov
   Elliot.Morrison@usdoj.gov