IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR701 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC WITHERSPOON, | ) | JOINT MOTION TO CONTINUE |
| | ) | SENTENCING |
| Defendant. | ) | |

The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Chelsea S. Rice and Elliot Morrison, Assistant United States Attorneys, and Defendant Eric Witherspoon, through his counsel, jointly move this Court for a 45-day continuance of Defendant Eric Witherspoon's sentencing hearing.

Defendant is set for sentencing this coming Thursday, March 19, 2020, at 11:00am. Defendant is not detained and has been on a bond since the start of this case. Given concerns about the transferability of the Corona virus and resulting COVID-19 infection, all parties are in agreement that a continuance is in the best interest of the parties and the public. Undersigned counsel has spoken to Dominic Vitantonio, one of the attorney's for Defendant, who stated that Defendant joins this motion.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:   /s/ Elliot Morrison
      Chelsea S. Rice (OH: 0076905)

Elliot Morrison (OH: 0091740)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3752/3919
(216) 685-2378 (facsimile)
Chelsea.Rice@usdoj.gov
Elliot.Morrison@usdoj.gov